| **Return** | | |
|---|---|---|
| Case No.:<br>3:22 MJ 790 (SDV) | Date and time warrant executed:<br>1/09/23 | Copy of warrant and inventory left with:<br>Google |
| Inventory made in the presence of: | | |

Inventory of the property taken and name(s) of any person(s) seized:

1. DVD containing Google records + letter. (29274162-20230123-1.zip)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/23

_____
*Executing officer's signature*

TFO Michael Stempien
*Printed name and title*